1

Janet Carter
8390 Poinciana Drive
El Cajon, California 92021
Tel: (619) 818-1275

Plaintiff, *In Pro Per*

FILED

2013 JUL 19  PM 3: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

(In the United States, the Bankruptcy Act, sec. I (10), II U.S.C.A.)
Shall Include the

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA; <br> *Ex rel:* Janet Carter qui tam  plaintiff on <br> Behalf of real parties of interest, <br> Internal Revenue Service <br> 10th Street & Pennsylvania Ave, NW <br> Washington, DC 20004 <br><br> U.S. Department of  Housing and Urban <br> Development. <br> 451 7th Street S.W. <br> Washington, DC 20410 <br>          Claimant/Plaintiff, <br><br>     vs. <br><br> William D. Gore, Sheriff and Jim Davey Sheriff's <br> Authorized Agent, San Diego County Sheriff's <br> Department. <br><br> John E. Bouzane Attorney at Law, <br> and Helen Grayce Long <br> Bar Number 127735, <br> H.G. LONG & ASSOCIATES. <br><br> Cherina Belanger Owner of PACIFIC WEST <br> HOME MORTGAGE, LLC AND <br><br> NDEX WEST INC , AND DOES 1 THROUGH <br> 100, inclusive <br><br>        Stakeholders/Defendants. | Case No.: ⁹**13 CV 1 6 9 2 JAH JMA** <br><br> Date: _____ <br><br> Time: _____ <br><br> Judge: <br><br> ~~FILED *IN CAMERA* AND UNDER~~ <br> ~~SEAL~~ THE FALSE CLAIMS ACT <br><br> **Internal Revenue Code 7268.** <br> **Possession With intent to sell in fraud** <br> **of law or to evade tax.** <br><br> **Internal Revenue Code 7231. Failure** <br> **To Obtain license for collection of** <br> **foreign Items.** <br><br> **Internal Revenue Code. 7269 Failure** <br> **to Produce records.** <br><br> **CALIFORNIA GOVERNMENT** <br> **CODE §12650 (Supports False** <br> **Claims Act)** <br><br> **CALIFORNIA FINANCIAL CODE** <br> **SECTION §794;§1857(g)(h);§** <br> **22100(a);§22713(b);§23064;§22712** <br> **AND § 50205** |

**QUI TAM COMPLAINT**                                    - 1-

1

2  **1998 Reform Restructuring Act
3  Revenue Created Hours of Credit
   Charged Against: UNLAWFUL
4  DETAINER/SECURITY INSTRU.
   CASE NUMBER 37-2013-00041613-
5  CL-UD-CTL**

6  **Counterfeit:
   Government document California
7  Single Family Fannie Mae/Freddie
   Mac Uniform Instrument Form 3005
8  (DEED OF TRUST)**

9  **Title 18 Section 1341 Frauds and
   Swindles.**

10 **Title 18 Section 1621. Perjury**

11 **Title 18 Section 1028A. Aggravated
12 Identity theft.**

13 **JURY TRIAL DEMANDED**

14 ─────────────────────────────

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**QUI TAM COMPLAINT**                                    - 2-

COMES NOW the State of California *Ex reL.*, Janet Carter, Claimant qui tam plaintiff on behalf of real parties of interest, Janet Carter/IRS/HUD named-above and hereby Complains of Defendants as follows.

### JURISDICTION AND VENUE

THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF THE STATE OF CALIFORNIA, Art. XX, sec. 3 [Oath of Office] *"I will well and faithfully discharge the duties upon which I am about to enter."* Upon judge's verification that Plaintiff is the real party of interest pursuant to district rules that there is a lawful contract, tendered consideration) and that the (taxes) were collected pursuant to Internal Code Section 7269 Failure to Produce Records and Title 5 USC § 556 - Hearings; presiding employees; powers and duties; burden of proof; evidence; record as basis of decision "(d) Except as otherwise provided by statute, the proponent of a rule or order has the burden of proof. Any oral or documentary evidence may be received, but the agency as a matter of policy shall provide for the exclusion of irrelevant, immaterial, or unduly repetitious evidence. A sanction may not be imposed or rule or order issued except on consideration of the whole record or those parts thereof cited by a party and supported by and in accordance with the reliable, probative, and substantial evidence. The agency may, to the extent consistent with the interests of justice and the policy of the underlying statutes administered by the agency, consider a violation of section 557 (d) of this title sufficient grounds for a decision adverse to a party who has knowingly committed such violation or knowingly caused such violation to occur".

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331, and 31 U.S.C. §3732, the latter of which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§3729 &3730.

2. There have been no public disclosures of the allegations or transactions contained herein that bar jurisdiction under 31 U.S.C. §3730(e).

3. This Court has personal jurisdiction over the Defendants pursuant to 31U.S.C.§3732(a) because that section authorizes nationwide service of process and because all the Defendants have at least minimum contacts with the State of California, and can be found in, reside, or transact or have transacted, business in the State of California.

4. Venue exists in the United States Southern District Court pursuant to 31 U.S.C. § 3730(b) (1) because all of the Defendants have at least minimum contacts with the State of

**QUI TAM COMPLAINT**                                                     - 3-

California, and all the Defendants can be found in, reside, or transact or have transacted business in the State of California.

*cases:* United States v. Bucey, 876 F.2d 1297, 1310 (7th Cir. 1989) (deciding that uncollected federal income tax is the government's property); United States v. Doe, 867 F.2d 986, 989 (7th Cir. 1989) (holding that a county has a property right in uncollected tax revenue); United States v. Porcelli, 865 F.2d 1352,1360 (2d Cir.1989) (holding that unpaid taxes are intangible property protected by the mail and wire fraud statutes).

## STATEMENT OF CASE

Plaintiff, *Ex rel.*, Janet Carter, Claimant seeks recovery pursuant to IRC 7268.Possession with intent to sell in fraud of law or to evade tax. IRC 7231. Failure to Obtain license for collection of foreign Items. IRC. 7269 Failure to Produce records. "Change of policy" and procedural irregularities" Sheriff Jim Davey posted a notice of eviction in support of his Writ of Execution he never confirmed who collected the tax on 8390 Poinciana Drive, El Cajon, CA 92021 or reported the tax pursuant to the unlawful detainer security case number 2013301718 Sheriff's File Number 37-2013-00041613.

Sheriff Jim Davey lack of response and as a Sheriff officer for the United States is responsible for The final recording and collecting of taxes and making sure all (tender) amounts are in Compliance, accounted, and recorded for said property pursuant to Internal Revenue Regulations Title 26 Section 7851 Applicability of Revenue laws pursuant to the unlawful detainer security case number 2013301718 Sheriff's File Number 37-2013-00041613.

Sheriff Jim Davey never verified who collected the taxes in the Writ of Execution as should have been evidenced in "Sheriff's Instructions" for property known as 8390 Poinciana Drive, El Cajon, CA 92021, estimated unreported tender in the amount of One Million Two Hundred and Twenty Five Thousand, Two Hundred Thirty Three Dollars, and Twenty Seven cents, as well as, the unreported tender in the unlawful detainer civil unlimited jurisdiction less than Ten Thousand or Twenty Five Thousand. as required by his office and in compliance with his oath Art. XX,sec. 3 [Oath of Office]*"I will well and faithfully discharge the duties upon which I am about to enter."* Sheriff Jim Davey Writ of Execution violates Judicial Council forms under Government Code section 68511 in noncompliance with California Judicial Council. Currently Sheriff Jim Davey has none of the required government forms in place to validate that taxes were every collected verifying taxable event took place regarding Ms. Carter's property **Exhibit (A)** and evidenced in the following required government documents as follows:

1.  Document Service Instructions Forms To The Sheriff of San Diego County.

2.  Levy Instructions Forms To The Sheriff Of San Diego County.

3.  Eviction Instructions Forms To The Sheriff Of San Diego County.

4.  Restraining Order Service Instructions Forms To The Sheriff Of San Diego County.

5.  To Be Completed By Interviewing Deputy Form C-1A Rev .03/13.

6.  Civil Process Service/Sheriff Service Instructions.

7.  San Diego County Sheriff's Department Form Electronic/ Non-Electronic Writ .

8.  Financial Statement (Wage Garnishment-Enforcement of Judgment.

**QUI TAM COMPLAINT**                                                    - 4-

9.  San Diego County Sheriff's Department Form Eviction Procedure Info Sheet.

10. Only Form is C-38 REV 03/10 Notice of Eviction Dated Tuesday July 23, 2013.

11. IRS Form 211.

12. IRS Form 3949 (a).

13. License Verifications From the Secretary of State.

14. Unlawful Detainer Case.

Plaintiff, *Ex rel*., Janet Carter, Claimant seeks recovery pursuant to CALIFORNIA

GOVERNMENT CODE §12650 (Supports False Claims Act), CALIFORNIA FINANCIAL

CODE SECTION §794;§1857(g)(h);§ 22100(a);§22713(b);§23064;§22712 AND § 50205

1998 Reform Restructuring Act Revenue Created Hours of Credit Charged Against:

UNLAWFUL DETAINER/SECURITY INSTRU.CASE NUMBER 37-2013-00041613-

CL-UD-CTL Counterfeit: Government document California Single Family Fannie

Mae/Freddie Mac Uniform Instrument Form 3005 (DEED OF TRUST) the Law Offices

Of H.G. LONG & ASSOCIATES/ John E. Bouzane Attorney at Law, and Helen Grayce Long

is in violation TITLE 28—JUDICIARY AND JUDICIAL PROCEDURE § 530B. Ethical

standards for attorneys for the Government (a) An attorney for the Government shall be

subject to State laws and rules, and local Federal court rules, governing attorneys in each

State where such attorney engages in that attorney's duties, to the same extent and in the

same manner as other attorneys in that State. (b) The Attorney General shall make and

amend rules of the Department of Justice to assure compliance with this section. (c) As

used in this section, the term ''attorney for the Government'' includes any attorney

described in section 77.2(a) of part 77 of title 28 of the Code of Federal Regulations and also

includes any independent counsel, or employee of such a counsel, appointed under chapter

40. H.G. LONG & ASSOCIATES/ John E. Bouzane Attorney at Law, and Helen Grayce never

verified who collected the taxes in the Unlawful Detainer as evidence on 8390 Poinciana Dr, El

Cajon, CA 92021,owner, Janet Carter identity theft victim.  Estimated figure in the amount of

**QUI TAM COMPLAINT**                                                                    - 5-

One Million Two Hundred and Twenty Five Thousand, Two Hundred Thirty Three Dollars, Twenty Seven cents. Pursuant to civil unlimited jurisdiction less than Ten Thousand or Twenty Five Thousand H.G. LONG & ASSOCIATES/ John E. Bouzane Attorney at Law, and Helen Grayce never verified amounts and jurisdiction amounts on his Un Lawful Detainer if the taxes was collected on the Ten Thousand, or the One Million Two Hundred and Twenty Five Thousand, Two Hundred Thirty Three Dollars, Twenty Seven cents Unlawful Detainer dated for Thursday, March 28, 2013, San Diego Superior Court Of The State Of California there are no Valid Unlawful Detainer instructions as required by Government 68511 Judicial Council Forms. H.G. LONG & ASSOCIATES/ John E. Bouzane Attorney at Law non-license in the State of California under the following state agencies California Bureau of Real Estate-Public License California License Of Insurance non-license, California Secretary of State non-license, California Financial Services Licensee non-license. Hud approved Certification and Authorization to use a Government Form 3005 Fannie and Freddie Mac "Deed of Trust" has none of the required government forms in place to validate that taxes were ever collected verifying taxable event took place regarding Ms. Carter's property **Exhibit (B)** and evidenced in the following required government documents as follows.

Plaintiff, *Ex rel.*, Janet Carter, Claimant seeks recovery pursuant to 1998 Reform Restructuring Act Revenue Created Hours of Credit Charged Against: UNLAWFULDETAINER/ SECURITY INSTRU.CASE NUMBER 37-2013-00041613-CL-UD-CTL, Counterfeit: Government document California Single Family Fannie Mae/ Freddie Mac Uniform Instrument Form 3005 (DEED OF TRUST) Title 18 Section 1341 Frauds and Swindles. Title 18 Section 1621. Perjury Title 18 Section 1028A. Aggravated Identity theft. Cherina Belanger Owner of PACIFIC WEST HOME MORTGAGE, LLC AND NDEX WEST INC engaged in mortgage transactions through the fraudulent recording of assignments in the office of land records through all co-defendants listed in this complaint in the State of California in violation of Financial Code Section §50205. The False Claims Act provides that any person who knowingly submits, or causes the submission of, a false or fraudulent statement to the U.S. Government is liable for a civil penalty of up to $11,000 for each such claim, plus three times the amount of the damages sustained by

**QUI TAM COMPLAINT**                                                                - 6-

the Government the Act, allows any person having information about a false or fraudulent claim against the Government to bring an action for himself and the Government, and to share in any recovery. The Act requires that the complaint be filed under seal for a minimum of 60 days (without service on the Defendant during that time) to allow the Government time to conduct its own investigation and to determine whether to join the suit. has none of the required government forms in place to validate that taxes were ever collected verifying taxable event took place regarding Ms. Carter's property **Exhibit (C)** and evidenced in the following required government documents as follows.

## GENERAL ALLEGATIONS

5.  Recovery is sought pursuant to California's False Claims Act, California Government Code §12650 et seq. and §§ 12651(7) and (8) for all acts which occurred within ten (10) years of the filing of this original complaint. This is an action to recover damages and civil penalties on behalf of IRS, HUD and Janet Carter for violations of the False Claims Act arising from false or fraudulent records, statements, or claims, or any combination thereof, made, used or caused to be made, used, or presented, or any combination thereof, by the defendants, their agents, employees, or co-conspirators, or any combination thereof, with respect to (hereinafter "DEFENDANTS") engaging in residential mortgage lending and/ or recording fraudulent records in the office of land records in violation of Financial Code Section §50205.

6.  DEFENDANTS engaged in business in California without re-obtaining a license from the Commissioner in violation of California Financial Code section §22100 after suspension of its license. Pursuant to California Financial Code section §22712 DEFENDANTS did not obtain a license from the Commissioner, nor an exemption from engaging in business in the State of California. California Financial Code section §22712 provides in pertinent part: that any person engaged in the business as a broker or finance lender, as defined in this division, without a license from the commissioner, the commissioner may order that person to cease and desist and /or refrain from engaging in business in the State of California. A "finance lender" is defined in pertinent part, as including "any person who is engaged in the business of making consumer loans or making commercial loans. The business of making consumer loans may include lending money and taking in the name of the lender, or in any other name, in whole or in part, as security for the loan, any contract

**QUI TAM COMPLAINT** - 7-

or obligation involving the forfeiture of rights in or to personal property, the use and possession of which property is retained by other than a mortgagee or lender, or any lien on, <u>assignment</u> of, or power of attorney.

7. DEFENDANTS and all co- conspirators conducted unlawful activities in California which constitutes a violation of Federal RICO Statutes. In 'true-sale', 'disguised loan' or 'assignment', which are all fraudulent transactions which serve as 'predicate acts' under Federal RICO statutes.

   The specific RICO sections implicated are:
a)   Section §1341 (mail fraud)
b)   Section §1343 (wire fraud)
c)   Section §1344 (financial institution fraud)
d)   Section §1957 (engaging in monetary transactions in property derived from specified unlawful activity)
e)   Section §1952 (racketeering)

8. In the case of qui tam Plaintiff Janet Carter DEFENDANTS illegally recorded a notice of default without attaching a declaration pursuant California code 2923.5, substitution of trustee and a assignment of the Deed of Trust against Janet Carter's property. DEFENDANTS corporate license was suspended by the Commissioner of the Secretary of the State for California. DEFENDANTS has been illegally conducting business in the State of California without being properly licensed to conduct business in California and failed to post a bond. In this case this constitutes an admission of DEFENDANTS originating residential mortgage loans and conducting business transactions in the State of California without obtaining a license and/or failure to post a bond through the Commissioner of the Secretary of the State of California in violation of the False Claims Act.

9. California Financial Code Section §11100 provides: "No person shall engage in the business of a finance lender or broker without obtaining a license from the commissioner,"

## CLAIM FOR RELIEF

(Violation of California Government Code §12650 False Claims Act)

10. The Plaintiff Claimant, *Ex rel.*, Janet Carter hereby incorporates in all other paragraphs of this complaint as set forth here within.

11. Defendant DEFENDANTS and all co-conspirator defendants' who prepared, signed under the penalty of perjury and/or recorded fraudulent document, including the assignment and

**QUI TAM COMPLAINT**                                                                 - 8-

appointment of the substitution of trustee, Deed of trust/mortgages, notices of sale, Trust Deeds upon sale, foreclosure default notices, notices of declarations and all other fraudulent documents filed into the land records office against the property.

12. Pursuant to California Government Code §12650, this Court must enter a judgment against DEFENDANTS and all other Defendants who are liable for three times the amount of damages actually sustained; plus a civil penalty of not less than $5,500 and not more than $11,000 for each violation of 31 U.S.C. §3729; for the cost of bringing this action and for liquidated damages for each act in violation of the False Claims Act. Pursuant to California False Claims Act, Claimant Janet Carter is entitled to recover reasonable attorney fees. That Claimant, Janet Carter be awarded the maximum amount allowed pursuant to §3730(d) of the False Claims Act.

### PRAYER FOR RELIEF

WHEREFORE; Plaintiff, the State of California, *Ex rel.,* Janet Carter, requests the Court enter the following judgment for relief:

1. For treble damages for each Defendant and for DEFENDANTS unlicensed and unlawful
2. Activity conducted in the office of land records.
3. For civil penalties between $5,500.00 and not more than $10,000 for each false document recorded in the office of land records, including each assignment of the Deed of Trust, appointment and transfer of the substitution of Trustee, default notice and declaration, Deed of foreclosure sale and all other documents recorded in the ten (10) years immediately preceding the filing of this complaint, and for each security instrument in which DEFENDANTS is named as nominee and beneficiary.
4. For civil penalties between $5,500.00 and not more than $10,000.00 for each act during the ten (10) year period immediately preceding the filing of this complaint for Defendants knowingly made, used and caused to be used, false records and/or statements by assignment of rights or interest in real property in the State of California.

DEFENDANTS conducted unlicensed activity in California. For Claimant, *Ex rel.* Janet Carter be awarded the maximum amount allowed pursuant to §3730(d) of the False Claims Act.

5. For pre-judgment interest on all damages awarded.
6. For reasonable cost and attorneys' fees.

**QUI TAM COMPLAINT**                                                    - 9-

7.   For such other relief that the court or jury deems just and equitable.

Dated this 19th day of July 2013.

x

Janet Carter
Plaintiff, *In Pro Se*